# ALABAMA COURT OF CRIMINAL APPEALS



November 22, 2024

**CR-2023-0670**
Christopher Garcia Spencer v. State of Alabama (Appeal from Jefferson Circuit
Court: CC-21-2748)

## <u>NOTICE</u>

You are hereby notified that on November 22, 2024, the following action was
taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk